**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MICHAEL KROEGER,                              No. C 13-05254 SI
12                  Plaintiff,                     **ORDER TO CORRECT DOCKET**
13      v.
14   CAROLYN COLVIN,
     Commissioner of Social Security,
15
16                  Defendant.
                                            /
17
18          The docket for the present case erroneously lists plaintiff as his own attorney.  The Court hereby
19   orders the docket be corrected to reflect the name of plaintiff's attorney, Lisa Douglass, as listed on the
     complaint, Docket No. 1.
20
21
          **IT IS SO ORDERED.**
22
23
24   Dated: April 28, 2014                         _____
25                                                 SUSAN ILLSTON
                                                   UNITED STATES DISTRICT JUDGE
26
27
28