IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KROEGER,

    Plaintiff,

  v.

CAROLYN COLVIN, Commissioner of Social Security,

    Defendant.

      /

No. C 13-05254 SI

**ORDER RE SERVICE OF PROCESS**

    The complaint in this case was filed October 11, 2013 and the summons was issued on the same day. No appearance has been made by defendant, and the record reflects that plaintiff has not yet filed proof of service, which he is required to file within 120 days of filing the complaint. *See* Fed. R. Civ. Pro 4(m). It is the responsibility of plaintiff to serve defendant and file his proof of service, pursuant to Federal Rule of Civil Procedure 4(l). Unexcused failure to do so may result in dismissal.

    Plaintiff's time to file proof of service is extended **sixty (60)** days from the date of this order, and must be filed **no later than June 27, 2014.** This case cannot proceed until the defendant is served and proof of service is filed.

**IT IS SO ORDERED.**

Dated: April 28, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE