UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KROEGER,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 13-cv-05254-SI<br><br>**JUDGMENT** |

This action has been reversed and remanded to the Commissioner of Social Security for further proceedings.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: May 20, 2015

_____
SUSAN ILLSTON
United States District Judge